UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JONI AMBER JOHNSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 3:22-CV-119-KAC-DCP ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## **JUDGMENT**

Pursuant to the Court's "Memorandum Opinion and Order Denying Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255" [Docs. 9 in case number 3:22-CV-119; 136 in case number 3:18-CR-137], the Court **DENIED** Petitioner's Section 2255 Petition [Docs. 1 in case number 3:22-CV-137, Doc. 131; in case number 3:18-CR-137] and **DISMISSED** Petitioner's civil action. Accordingly, the Court **DIRECTS** the Clerk to **CLOSE** this civil action.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT